JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ANGELS BASEBALL LP, a California limited partnership,<br><br>　　　　Plaintiff,<br>　　vs.<br>LANDRY'S, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>　　　　Defendant. | Case No. SACV 11-1702-JST (RNBx)<br><br>**JUDGMENT** |

Defendant LANDRY'S, INC.'s Motion for Summary Judgment came on regularly for hearing on December 7, 2012, the Hon. Josephine Staton Tucker presiding. The Court, having fully considered the evidence presented, having duly heard the issues, and a decision having been duly rendered,

IT IS ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor of defendant LANDRY'S, INC., that plaintiff ANGELS BASEBALL LP, a California limited partnership, take nothing on its Complaint, that the above-entitled action be dismissed with prejudice and that defendant LANDRY'S, INC. recover its costs.

Dated: December 19, 2012

　　　　　　　　　　　　　　　　　　Hon. Josephine Staton Tucker
　　　　　　　　　　　　　　　　　　Judge, United States District Court